UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OSWALDO PALACIOS,
                Plaintiff,

-v-

P. MEJIAS CLEANING SERVICES,
                Defendant.

18-CV-9471 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Defendant P. Mejias Cleaning Services is directed to respond to Plaintiff's letter dated May 12, 2020. Defendant's response shall be filed on or before August 14, 2020, and shall address whether it has agreed to the terms of the settlement agreement and, if so, why it has failed to execute the document.

    Counsel for Plaintiff is directed to provide a copy of this Order to P. Mejias Cleaning Services on or before August 7, 2020.

    SO ORDERED.

August 3, 2020

                                      J. PAUL OETKEN
                                  United States District Judge