UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OSWALDO PALACIOS,

                    Plaintiff,

-v-

P. MEJIAS CLEANING SERVICES *et al.*,

                    Defendants.

18-CV-9471 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The Court has been notified that the parties have reached a settlement in this Fair Labor Standards Act ("FLSA") case, and they have submitted a proposed settlement for the Court's approval. (Dkt. No. 55.) The proposed settlement involves $60,052.98 to be allocated to Plaintiff and $3,500 to be allocated to Plaintiff's counsel in connection with Plaintiff's FLSA claims. (*Id.*)

    The Court has reviewed the proposed settlement and finds that it is fair and reasonable under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 203, 206 (2d Cir. 2015).

    To that end, the proposed settlement at Docket Number 55 is approved, and the case is hereby DISMISSED WITH PREJUDICE. The Court shall retain jurisdiction solely to resolve any disputes arising from the settlement agreement and the settlement of this action.

    The Clerk of Court is directed to close the case.

    SO ORDERED.

Dated: August 17, 2020
       New York, New York

_____
J. PAUL OETKEN
United States District Judge